UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTI J. HILKER,<br><br>        Plaintiff,<br><br>vs.<br><br>CAPITAL ONE FINANCIAL CORPORATION, *et al.*,<br><br>        Defendants. | Case No. 1:19-cv-995-RDA-JFA |

## ORDER STAYING PROCEEDINGS

This Court has considered the Defendants' Motion to Stay or, in the Alternative, for an Extension of Time to Respond to the Complaint. The Motion is GRANTED. All proceedings and deadlines in this case are stayed until the Judicial Panel on Multidistrict Litigation resolves the Motions for Consolidation and Transfer Under 28 U.S.C. § 1407 filed in *In re Capital One Consumer Data Breach Litigation*, MDL No. 2915 (J.P.M.L. July 31, 2019).

SO ORDERED, this 16th day of August, 2019.

/s/
_____
Rossie D. Alston, Jr.
United States District Judge